BARRY E. HINKLE, Bar No. 071223
ALAN CROWLEY, Bar No. 203438
PATRICIA A. DAVIS, Bar No. 179074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Avenue, Suite 1400
Oakland, California 94612
Telephone (510) 839-6600
Facsimile (510) 891-0400

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 261,<br><br>Plaintiffs,<br><br>v.<br><br>S.J. WEAVER CONTRACTING, INC., A California Corporation,<br><br>Defendant. | No.   C 05-0601 SC<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>ORDER |

Defendant S.J. WEAVER CONTRACTING, INC., a California Corporation, having been

discharged in bankruptcy by the United States Bankruptcy Court for the Central District of

///

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612-3752
(510) 839-6600

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 05-0601 SC

California, Case No. LA05-20646BR, Plaintiffs hereby request that this matter be dismissed without prejudice.

Dated: June 7, 2006

>WEINBERG, ROGER & ROSENFELD
>A Professional Corporation
>
>By: /s/     Patricia A. Davis
>     BARRY E. HINKLE
>     ALAN CROWLEY
>     PATRICIA A. DAVIS
>     Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: ___6/8___, 2006

_____
HONORABLE SAMUEL CONTI

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

108625/423988

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA  94612-3752
(510) 839-6600